## Exhibit A

## Organization Chart

