## **CERTIFICATE OF SERVICE**

  I, Matthew B. Goeller, certify that on this 2nd day of March, 2026, I caused the foregoing to be filed and served by File & ServeXpress upon all counsel of record.


                 */s/ Matthew B. Goeller*
                 Matthew B. Goeller (No. 6283)