**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>URBAN RED LLC,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 26-10283 (KBO)<br>Related to Docket No. 9<br><br>**Hearing Date: March 24, 2026, at 1:30 p.m. (ET)**<br>**Obj. Deadline: March 17, 2026, at 4:00 p.m. (ET)** |

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE** that on March 8, 2026, Urban Red LLC (the "*Debtor*") filed the *Debtor's Motion to Convert Case to Chapter 7* [Docket No. 9] (the "*Motion*"), with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*").

**PLEASE TAKE FURTHER NOTICE** that the Motion shall be considered at the hearing scheduled in the above-caption case for **March 24, 2026, at 1:30 p.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, before the Honorable Chief Judge Karen B. Owens.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 N Market Street, 3rd Floor, Wilmington, DE 19801, on or before **March 17, 2026, at 4:00 p.m. (ET)** (the "*Objection Deadline*").

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of the Debtor's federal tax identification number are 1278, and the location of the Debtor's principal place of business and business address is 8 The Green, Suite R, Dover, DE, 19901.

Dated: March 11, 2026

Respectfully submitted,

**GOLDSTEIN & MCCLINTOCK, LLLP**

By: */s/ Aaron R. Harburg*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
Aaron R. Harburg (DE Bar ID 7207)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com
aaronh@goldmclaw.com

*Counsel for the Debtor and Debtor-in-Possession*