# Notice Recipients

District/Off: 0311−1               User: admin                    Date Created: 3/16/2026
Case: 26−10283−KBO                Form ID: 309F2                  Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Urban Red LLC        502 Creek Ct        Vienna, VA 22180
tr        Natasha M. Songonuga        Archer & Greiner, P.C.        300 Delaware Ave        Suite 1100        Wilmington, DE 19801−1670
aty       A. Lee Hogewood, III        K&L Gates LLP        301 Hillsborough Street        Suite 1200        Raleigh, NC 27603
aty       Aaron Harburg        Goldstein & McClintock LLLP        501 Silverside Road        Ste 65        Wilmington, DE 19809
aty       Gunjan D. Devnani        K&L Gates LLP        301 Hillsborough Street        Suite 1200        Raleigh, NC 27603
aty       Maria Aprile Sawczuk        Goldstein & McClintock LLLP        501 Silverside Road        Suite 65        Wilmington, DE 19809
aty       Matthew B. Goeller        K&L Gates LLP        600 N. King St.        Suite 901        Wilmington, DE 19801
aty       Robert K. Beste, III        K&L Gates LLP        600 N. King Street        Suite 901        Wilmington, DE 19801
20523442  8 The Green        Suite RDoverDE19901        Maria Aprile Sawczuk 501 Silverside Ro        Alex Frank646 Cookman Ave.        #1'Asbury ParkNJ07712        Alliance Investments Management LLC'480
20523482  8 The Green Suite R        DoverDE19901
20523484  Alex Frank        646 Cookman Ave.        #1        Asbury ParkNJ07712
20523485  Alliance Investments Management LLC        4801 Glenwood Ave.        Suite 200        RaleighNC27612
20523486  Berkley Management Protection        433 S. Main Street        Suite 300        West HartfordCT06110
20523488  CROV Technologies Limited        164 Topaz Block        Park View City, Lahore 54000        Pakistan
20523487  Carol Jenson Consulting, LLC        891 Ashton Park Way        Mount JulietTN37122
20523633  Delaware State Treasury        820 Silver Lake Blvd., Suite 100        Dover, DE 19904
20523489  Foshan Shenzhou Yuye Housewares Co., Ltd        Xiajiao Zone        Danzao Town, Nanhai Area        Foshan City Guangdong, China
20523632  Internal Revenue Service        P. O. Box 7346        Philadelphia, PA 19101−7346
20523483  Maria Aprile Sawczuk        501 Silverside Road        Suite 65        WilmingtonDE19809
20523490  Nectar Consulting        40 E. Montgomery Avenue        ArdmorePA19003
20523491  Rebiz LLC        1925 St. Clair Ave. NE        ClevelandOH44114
20523492  SZone Group Co. Limited        Xiajiao Zone, Danzao Town        Nanhai Area, Foshan City        Guangdong ,China
20523634  Secretary of State        Division of Corporations        Franchise Tax        P.O. Box 898        Dover, DE 19903
20523630  Securities & Exchange Commission        100 F Street, NE        Washington, DC 20549
20523631  Securities & Exchange Commission        New York Regional Office        Attn: Mark Berger, Regional Director        Brookfield Place        200 Vesey Street, Suite 400        New York, NY 10281−1022
20523493  Techub Coworking SMC Ltd.        Commercial Lane 585, Block H3        Johar Town LAHORE        PUNJAB 54000 Pakistan
20523494  Will Crowthers        7865 James Island Trail        JacksonvilleFL32256

                                                                            TOTAL: 27